

1  LA BELLA & MCNAMARA LLP
   ANDREW W. ROBERTSON (SBN: 062541)
2  401 West "A" Street, Suite 1150
   San Diego, California 92101
3  Phone: (619) 696-9200
   Fax: (619) 696-9269
4
5  Attorneys for Receiver
   THOMAS W. MCNAMARA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 02 Civ. 3901 (LAP) |
| Plaintiff, | |
| v, | **SIXTH INTERIM APPLICATION OF RECEIVER FOR PAYMENT OF FEES AND EXPENSES** |
| MILLENNIUM FINANCIAL, LTD., | |
| Defendant, | |
| NEWPONT FIDUCIARIES AND NOMINEES, S.A., | |
| Relief Defendant. | |

Thomas W. McNamara, as Receiver, hereby applies to the Court for approval to pay invoices for fees and expenses of the Receiver and his counsel for the eight-month period July 1, 2008 through February 28, 2009.

## I. Procedural Background

The Receiver was appointed by an "Order Appointing Receiver" filed December 6, 2002. Paragraph I(C) of the Receiver Order expressly empowers the Receiver to "engage and employ persons, in the Receiver's discretion, to assist in carrying out the duties and responsibilities imposed hereunder, including accountants, attorneys, securities traders, investment advisers, and other experts."

1  Paragraph IV of the Receiver Oder provides that the reasonable fees and costs of the
2  Receiver and all persons engaged or employed by the Receiver shall be paid from Millennium
3  funds.  Paragraph IV further provides that "...all applications for costs, fees and expenses of
4  the Receiver and those employed by the Receiver shall be made by application to the Court,
5  served upon counsel for the Commission, setting forth in reasonable detail the nature of such
6  costs, fees, and expenses."

7  This Sixth Interim Application for Fees and Expenses is made pursuant to Paragraphs
8  I and IV of the Receiver Order.

### II. Current Fees and Expenses of Receiver and Counsel

10  The Receiver now applies for approval of fees and expenses for the eight-month
11  period July 1, 2008 through February 28, 2009 as follows:

12  $2,787.10 to the Receiver ($2,615.80 fees; $171.30 costs)

13  $25,417.22 to Receiver's counsel La Bella & McNamara,
    ($24,663.60 fees; $753.62 costs)

15  $5,000 to Receiver's local counsel in Nevis, Gonsalves Hamel-Smith

16  Total: $33,204.32

17  The fees and expenses and the invoices relating to them are detailed and reviewed in
18  the Declaration of Receiver Thomas W. McNamara filed with this Application.

### III: Conclusion

20  The Receiver respectfully requests the Court's approval to pay the submitted invoices.

22  Dated: April __/__, 2009                     LA BELLA & McNAMARA, LLP

                                                By: _____
                                                ANDREW W. ROBERTSON
                                                Attorneys for Receiver,
                                                Thomas W. McNamara

*Granted*
*So ordered*
*Loretta A. Preska*
*USDJ*
*April 7, 2009*