```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SECURITIES AND EXCHANGE          :
COMMISSION                       :
                                 :
            Plaintiff,           :    02 Civ. 3901 (LAP)
                                 :
    -against-                    :
MILLENNIUM FINANCIAL, LTD.,      :    ~~[PROPOSED]~~ ORDER
                                 :    MAILED TO COUNSEL
            Defendant,           :    APPROVING RECEIVER'S
                                 :    SEVENTH INTERIM
NEWPONT FIDUCIARIES & NOMINEES,  :    APPLICATION OF RECEIVER
S.A.,                            :    FOR PAYMENT OF FEES AND
                                 :    EXPENSES
            Relief Defendant.    :
----------------------------------X

LORETTA A. PRESKA, U.S.D.J.

   The Receiver's Seventh Interim Application of Receiver for Payment of Fees and Expenses, filed August 18, 2009, is hereby granted and the Receiver is authorized to make the following payments for fees and costs for the period March 1, 2009 through July 31, 2009: $1,531.20 to Thomas McNamara as Receiver; $16,753.30 to La Bella & McNamara, LLP as counsel to the Receiver, and $4,000.00 to Gonsalves Hamel-Smith, the Receiver's local counsel in Nevis.

RECEIVED
AUG 20 2009
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

Dated: New York, New York                SO ORDERED:
       Dated: September 4, 2009

                                         _____
                                         Loretta A. Preska
                                         U.S. District Judge