

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549-4030

**DIVISION OF ENFORCEMENT**

Terence M. Healy
Assistant Chief Litigation Counsel

Telephone (202) 551-4640
Facsimile (202) 772-9246
healyt@sec.gov

July 11, 2011

VIA FACSIMILE

The Honorable Loretta A. Preska
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 116
DATE FILED: 7/13/11
```

Re:  *SEC v. Millennium Financial Ltd, et al.*
     Case No. 1:02-cv-03901 (LAP)

     *SEC v. Rodney S. Shehyn, et al*
     Case No. 1:04-cv-02003 (LAP)

Dear Chief Judge Preska:   MEMO ENDORSED

I was counsel of record for the Securities and Exchange Commission ("SEC") in the above two cases. Both matters have now been resolved, and the Court can close both actions.

In *SEC v. Millennium Financial Ltd*, the Court on December 16, 2010 approved the Receiver's final distribution to investors and discharged the Receiver from service. That civil action can be closed.

In *SEC v. Rodney S. Shehyn, et al.*, the Court entered final judgment against the last remaining defendant on January 4, 2011. That civil action can be closed as well.

If we can provide the Court any additional information on these cases, please let me know.

---

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

July 11, 2011

Hon. Loretta A. Preska
July 11, 2011
Page 2 of 2

Respectfully submitted,

*[signature]*

Terence M. Healy

cc: Thomas W. McNamara, Esq.
Andrew Walker Robertson, Esq.
Jeffrey Plotkin, Esq.